IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDWARD J. BAILEY                                                          PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:03CV103-B-D

BECON CONSTRUCTION COMPANY, INC.,
CHOCTAW GENERATION LIMITED PARTNERSHIP,
TRACTEBEL CHOCTAW OPERATIONS,
INC., HYDRO-VAC INDUSTRIAL SERVICES, INC.,
AND MOLE-MASTER SERVICES, INC.                                          DEFENDANTS

**ORDER**

        In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the motion of third-party defendant Safway Services, Inc., is **GRANTED**.

        This, the 26th  day of September, 2005.

                                                        /s/ Neal Biggers
                                        _____
                                        **NEAL B. BIGGERS, JR.**
                                        **SENIOR U.S. DISTRICT JUDGE**